*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

Terry A. Dake - 009656

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| CHARLES M. BREWER, ) | Case No. 2:11-BK-27322-DPC |
| CHARLES M. BREWER, LTD., ) | Case No. 2:12-BK-14957-DPC |
| ) | |
| Debtors. ) | |

## MOTION TO RETAIN ASSET
## AFTER THE CASE IS CLOSED

The trustee moves this Court for the entry of an order retaining certain property despite the closing of the case. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED April 30, 2020.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake – 009656
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Attorney for Trustee

### MEMORANDUM OF POINTS AND AUTHORITIES

At the time that these cases converted to Chapter 7, the estate held a claim for fees in connection with litigation pending in the Maricopa County Superior Court, Case No. CV2012-003601 (the

"Litigation"). The Litigation is ongoing and it does not appear that it will be resolved in the near future.

The trustee believes that this asset will eventually come to fruition when the Litigation is concluded. Accordingly, the trustee believes that the estate should continue to hold this asset so that it can be collected and those funds can be paid to creditors when the Litigation is completed.

11 U.S.C. §554(c) provides that the closing of a case will result in the abandonment of the remaining assets "unless the Court orders otherwise". The trustee requests, therefore, that the Court issue an order which concludes that the estate's claims related to the Litigation are property of the estate pursuant to 11 U.S.C. §541 and that the estate's claims related to the Litigation shall be retained by the bankruptcy estate upon the closing of the case so that the trustee can close this case at this time. When funds are received by the trustee from the Litigation, then the case can be re-opened and those funds will be distributed pursuant to 11 U.S.C. §726. The trustee believes that this relief is in the best interests of creditors.

**WHEREFORE**, the trustee prays for the entry of an order providing that the estate's claims related to the Litigation are property of the estate pursuant to 11 U.S.C. §541 and that the estate's claims related to the Litigation shall be retained by the bankruptcy

2

estate upon the closing of the case and shall not be abandoned upon the closing of this bankruptcy estate.

DATED April 30, 2020.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona 85012-3133

3