# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| | ) | |
| CHARLES M. BREWER, | ) | Case No. 2:11-BK-27322-DPC |
| CHARLES M. BREWER, LTD., | ) | Case No. 2:12-BK-14957-DPC |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER**

The trustee having filed a Motion To Retain Assets After The Case Is Closed (Admin. Dkt. No. 1141); and

Notice of the motion having been given to all creditors and parties in interest and no objections having been filed and served (Admin. Dkt. No. 1142, 1143); and

Good cause appearing.

**IT IS ORDERED** that the claim for fees owed to the bankruptcy estate in connection with litigation pending in the Maricopa County Superior Court, Case No. CV2012-003601 (the "Litigation") is property of the estate pursuant to 11 U.S.C. §541 and shall not be abandoned and shall remain property of this bankruptcy estate upon the closing of this bankruptcy estate. If and when funds are received by the trustee from the Litigation then the case can be re-opened and those funds shall be distributed pursuant to 11 U.S.C. §726.

**DATED AND SIGNED ABOVE.**